UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PINKIE HAMLETT, | ) |
| | ) Civil Action No. 05-73222 |
| Plaintiff, | ) |
| | ) Patrick J. Duggan |
| v. | ) United States District Judge |
| | ) |
| JO ANNE B. BARNHART, | ) Steven D. Pepe |
| Commissioner of Social Security, | ) United States Magistrate Judge |
| | ) |
| Defendant. | |

## ORDER

This cause is before the Court on the parties' Stipulation to Reverse with Remand. The Court, being duly advised, now GRANTS the parties' joint motion.

Accordingly, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision is reversed and this matter remanded to the Commissioner for further administrative proceedings and a new decision consistent with the parties' Stipulation to Reverse with Remand.

Dated: March 22, 2006

                                                  s/Patrick J. Duggan
                                                  U.S. District Judge

Copies to:
Mikel E. Lupisella
James A. Brunson