UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PINKIE HAMLETT, | ) |
| | ) Civil Action No. 05-73222 |
| Plaintiff, | ) |
| | ) Patrick J. Duggan |
| v. | ) United States District Judge |
| | ) |
| JO ANNE B. BARNHART, | ) Steven D. Pepe |
| Commissioner of Social Security, | ) United States Magistrate Judge |
| | ) |
| Defendant. | |

## JUDGMENT

Pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's decision is REVERSED and this matter REMANDED to the Commissioner for further administrative proceedings and a new decision consistent with parties' Stipulation to Reverse with Remand.

Dated: March 22, 2006

s.Patrick J. Duggan
U.S. District Judge

Copies to:
Mikel E. Lupisella
James A. Brunson